UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APPALACHIAN INSURANCE COMPANY,

Appellant,

v.

ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Appellee,

v.

CENTURY INDEMNITY COMPANY; et al.,

Appellants in the District Court.

No. 26-4686

D.C. No.
3:25-cv-08563-RFL
Northern District of California,
San Francisco

ORDER

CERTAIN UNDERWRITERS AT LLOYD'S LONDON and CERTAIN LONDON MARKET INSURERS,

Appellants,

v.

ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Appellee,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Interested Party - Appellee,

v.

CENTURY INDEMNITY COMPANY; et al.,
Appellants in the District Court.

No. 26-4721

D.C. No.
3:25-cv-08563-RFL
Northern District of California,
San Francisco

CENTURY INDEMNITY COMPANY; et al.,

Appellants,

v.

ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Appellee,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Interested Party - Appellee,

v.

APPALACHIAN INSURANCE COMPANY; et al.,

Appellants in the District Court.

No. 26-5049

D.C. No.
3:25-cv-08563-RFL
Northern District of California,
San Francisco

ORDER

Counsel shall provide a status report by email to the Circuit Mediator (Kay_Suk@ca9.uscourts.gov), copied to all counsel, by 9/4/2026. Counsel are requested to include the Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator